# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-cv-01310-ODE
## Kesington v. Interim Physicians, Inc. et al
## Honorable Orinda D. Evans

Minute Sheet for proceedings held In Chambers on 02/16/2010.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 2:22 P.M.
TIME IN COURT: 00:17

COURT REPORTER: Montrell Vann
DEPUTY CLERK: Vicki Hanna

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Alex Drummond representing Interim Physicians, Inc. Harolyn Anita Kesington appearing Pro Se |
| PROCEEDING CATEGORY: | In Chambers Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court discussed settlement with the parties. A new Pretrial order is due no later than March 4, 2010. The jury trial is set for Monday, April 19, 2010 at 9:30 a.m. |