# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HAROLYN ANITA KESINGTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 1:07-w-1310-ODE |
| INTERIM PHYSICIANS, INC. | ) |
| and INTERIM HEALTHCARE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff HAROLYN ANITA KESINGTON and Defendants INTERIM PHYSICIANS, INC. and INTERIM HEALTHCARE, INC., pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's Amended Complaint in the above-captioned lawsuit be and hereby is dismissed in its entirety, ***with prejudice***. Each party will bear their own costs.

[*Signatures on the following page*]

| HAROLYN ANITA KESINGTON | INTERIM HEALTHCARE, INC. and INTERIM PHYSICIANS, INC. |
|---|---|
| By:  <u>Harolyn Anita Kesington</u>* <br> Harolyn Anita Kesington <br> P. O. Box 573 <br> Roswell, GA 30077 <br> Telephone: (770) 797-2274 <br><br> Plaintiff | By:  <u>s/ Alex S. Drummond</u> <br> Alex S. Drummond <br> adrummond@seyfarth.com <br> Georgia Bar No. 231116 <br> SEYFARTH SHAW LLP <br> One Peachtree Pointe <br> 1545 Peachtree Street - Suite 700 <br> Atlanta, GA  30309-2401 <br> Telephone:  (404) 885-1500 <br> Facsimile:  (404) 892-7056 <br><br> Counsel for Defendants |

\* by Alex S. Drummond,
   with express, written permission